**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED J. TAYLOR,<br><br>            Petitioner,<br><br>  vs.<br><br>T.L. GONZALEZ, WARDEN,<br><br>            Respondent. | CASE NO. CV 11-09263 ODW (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report to which objections have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: June 29, 2012

                                          OTIS D. WRIGHT II
                        UNITED STATES DISTRICT JUDGE