O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRED J. TAYLOR, | ) | CASE NO. CV 11-09263 ODW (RZ) |
| Petitioner, | ) ) | JUDGMENT |
| vs. | ) ) | |
| T.L. GONZALEZ, WARDEN, | ) ) | |
| Respondent. | ) ) | |

This matter came before the Court on the Petition of FRED J. TAYLOR, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 29, 2012

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE